**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        -against-

EDUARDO VIZCAINO,
FREYLING VIZCAINO,
                Defendants.
-------------------------------------------------------------X

         20 CR. 241 (RMB)

         **<u>ORDER</u>**

      The status conference previously scheduled for Tuesday, August 18, 2020 at 10:00 AM is hereby rescheduled to Wednesday, August 26, 2020 at 11:00 AM.

Dated: August 10, 2020
      New York, NY

                        _Richard M. Berman_
                        RICHARD M. BERMAN
                        U.S.D.J.