# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 11, 2020

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Colon-Acevedo et al.*, 20 Cr. 241 (RMB)**

Dear Judge Berman:

I represent Eduardo Vizcaino in the above-captioned case. Joined by counsel for codefendant Freyling Vizcaino, and with the consent of the Government, I write to request a 30-day adjournment of the conference presently scheduled for August 26, 2020. Additional time would permit me to continue reviewing discovery with my client, who is incarcerated at a time when the COVID-19 pandemic has significantly limited communication between Bureau of Prisons inmates and their attorneys. Additional time would also benefit counsel for Freyling Vizcaino, who entered the case within the last two weeks. This is the first request for an adjournment or extension by any party.

The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next conference date scheduled by the Court. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

---

Application granted. Conference adjourned to Wednesday, September 30, 2020 at 9:00 AM.

SO ORDERED:
Date: 8/12/2020
Richard M. Berman, U.S.D.J.