**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

EDUARDO VIZCAINO,
FREYLING VIZCAINO,
                Defendants.
------------------------------------------------------------X

20 CR. 241 (RMB)

**ORDER**

       The status conference scheduled for Wednesday, December 2, 2020 at 9:00 AM will be held telephonically.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0241

Dated: November 24, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.