**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :    20 Cr. 241 (RMB)
            - against -           :
                                  :    **ORDER**
EDUARDO VIZCAINO,                 :
  a/k/a "Christopher Colon-Acevedo," :
  a/k/a "Christopher Colon,"      :
                      Defendant.  :
-------------------------------------------------------------x

The status teleconference currently scheduled for January 6, 2021 at 12:00 p.m. is hereby cancelled.

Dated: New York, New York
       December 28, 2020

                                       _____
                                       **RICHARD M. BERMAN**
                                       **U.S.D.J.**

1