**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 241 (RMB)

  -against-

                **ORDER**

EDUARDO VIZCAINO,
                Defendant.
------------------------------------------------------------X

      The Court will hold a conference on Monday, January 11, 2021 at 11:00 AM by video, via CourtCall.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 67812309#
    PIN: 9921299#

Dated: January 6, 2021
       New York, NY

                            */s/ Richard M. Berman*
                            RICHARD M. BERMAN
                                 U.S.D.J.