**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 22, 2021

**BY ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Eduardo Vizcaino**
              **20 CR 241 (RMB)**
              **16 CR 94 (RMB) – VOSR**

Dear Judge Berman:

    I write, with the consent of the government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for May 10, 2021. I have been recently assigned to represent Mr. Vizcaino and require additional time to familiarize myself with his case and to prepare a sentencing submission. Therefore, I respectfully ask the Court to adjourn the sentencing for approximately 30 days.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8728
Mobile: (917) 612-3274

Application granted. Conference adjourned to Monday, June 14, 2021 at 11:00 AM. Defense submission due 5/31/21. Government submission due 6/7/21.

SO ORDERED:
Date: 4/22/21
Richard M. Berman, U.S.D.J.