**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                               20 CR. 241 (RMB)

  -against-

                                                             **ORDER**

EDUARDO VIZCAINO,
                Defendants.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing scheduled for Monday, June 14, 2021 at 11:00 AM will be held by video via CourtCall pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 32091812#
    PIN: 9921299#


Dated: June 11, 2021
       New York, NY

                                                    _/s/ Richard M. Berman_
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.