UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

               - against -                       20-CR-241 (RMB)

                                       **ORDER**

EDUARDO VIZCAINO,

                        Defendant.
------------------------------------------------------------x

The Government is requested to make a written submission regarding Defendant's motion for a sentence reduction, dated November 14, 2023, on or before January 30, 2024.

Federal Defenders are requested to make a written submission regarding Defendant's motion for a sentence reduction, dated November 14, 2023, on or before February 13, 2024.

The Court notes that the Probation Department denies Defendant's eligibility for a sentencing reduction.

Dated: New York, New York
          January 23, 2024

                                                  **RICHARD M. BERMAN, U.S.D.J.**