UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                   Government,      :         20 CR. 241 (RMB)
                                          :
     - against -                      :         **ORDER**
                                          :
EDUARDO VIZCAINO,                         :
                                          :
                  Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 25, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**[Join the meeting now](#)**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 466 286 913#

Dated: September 18, 2024
       New York, NY

                                                      _Richard M. Berman_
                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**