**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,       :       20 CR. 241 (RMB)
                                         :
   - against -                           :       **ORDER**
                                         :
                                         :
EDUARDO VIZCAINO,                        :
                                         :
                Defendant.        :
-------------------------------------------------------------x

       The supervised release hearing and arraignment scheduled for Tuesday, October 15, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 9, 2024
       New York, NY

                                                                RICHARD M. BERMAN
                                                                 U.S.D.J.