**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

                Government,     :    20 CR. 241 (RMB)

    - against -     :    **ORDER**

EDUARDO VIZCAINO     :

                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, December 10, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: December 4, 2024
      New York, NY

                                      _____
                                          RICHARD M. BERMAN
                                              U.S.D.J.