# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2025

**By ECF and Email**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/25

Re: United States v. Eduardo Vizcaino, 20 Cr. 241 (RMB)

Dear Judge Berman:

I write with the Government's consent to respectfully request an adjournment of the supervised release hearing presently scheduled for Wednesday, January 22, 2025. I request this adjournment for two reasons: first, due to a conflict in my schedule, and second, to enable continued conversations among the parties about a potential resolution of Mr. Vizcaino's pending VOSR specifications. I respectfully request an adjournment to the week of February 3, 2025—ideally February 3, 5, or 6—or a date thereafter agreeable to the Court and Probation.

Thank you for your consideration of this request.

Respectfully,

Ariel C. Werner
Assistant Federal Defender
917-751-2050

cc: AUSAs Daniel Nessim and Jacob Fiddelman

Supervised release hearing is adjourned to 2/11/25 at 9:00am.
The hearing will be held in Courtroom 17B.

SO ORDERED:
Date: 1/21/25
Richard M. Berman
Richard M. Berman, U.S.D.J.