**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                                          :
                          Government,         :         20 CR. 241 (RMB)
                                                                          :
          - against -                      :         **ORDER**
                                                                          :
EDUARDO VIZCAINO,                              :
                                                                          :
                          Defendant.           :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 19, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 218 480 353#

Dated: March 12, 2025
       New York, NY

                                                  _/s/ Richard M. Berman_
                                            **RICHARD M. BERMAN**
                                                      **U.S.D.J.**