**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 20 CR. 241 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| EDUARDO VIZCAINO, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, July 15, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: July 1, 2025
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.