**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                                 :

                Government,     :      20 CR. 241 (RMB)

                                 :

        - against -          :      **ORDER**

                                 :

EDUARDO VIZCAINO,         :

                                 :

            Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 18, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 233 296 237#

Dated: September 10, 2025
     New York, NY

                                 _Richard M. Berman_
                            **RICHARD M. BERMAN**
                                 **U.S.D.J.**