**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :          20 CR. 241 (RMB)
                                                   :
              - against -                          :          **ORDER**
                                                   :
EDUARDO VIZCAINO,                                  :
                                                   :
                          Defendant.               :
-------------------------------------------------------------x


      The supervised release hearing is scheduled for Monday, September 29, 2025 at

12:00 P.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

### Join the meeting now

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 233 296 237#


Dated: September 24, 2025
     New York, NY

                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**