**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Government, : | 20 CR. 241 (RMB) |
| : | |
| - against - : | **ORDER** |
| : | |
| EDUARDO VIZCAINO, : | |
| : | |
| Defendant. : | |

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

The supervised release hearing is scheduled for Wednesday, November 5, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 633 305 393#

Dated: October 29, 2025
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**