**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                              Government,         :          20 CR. 241 (RMB)
                                                 :
              - against -                         :          **ORDER**
                                                 :
                                                 :
EDUARDO VIZCAINO,                                :
                                                 :
                              Defendant.          :
------------------------------------------------------------x


The vosr hearing scheduled for Tuesday, December 9, 2025 at 10:00 A.M.

will take place in Courtroom 17B.



Dated: December 3, 2025
        New York, NY


_____
     RICHARD M. BERMAN
          U.S.D.J.