**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :

                              Government,          :          20 Cr. 241 (RMB)

                                                   :

          - against -                              :          **ORDER**

                                                   :

                                                   :

EDUARDO VIZCAINO,                                  :

                                                   :

                              Defendant.           :

------------------------------------------------------------x


The supervised release hearing scheduled for January 21, 2026 at 1:00 P.M. will take place in Courtroom 17B.


Dated: January 15, 2026
        New York, NY


                                        _____
                                             **RICHARD M. BERMAN**
                                                  **U.S.D.J.**