**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :

                                                :

                         Government,            :          20 Cr. 241 (RMB)

                                                :

            - against -                         :          **ORDER**

                                                :

EDUARDO VIZCAINO,                               :

                                                :

                         Defendant.             :

----------------------------------------------------------------x


The supervised release hearing is scheduled for February 17, 2026 at 10:00 A.M.

on Microsoft Teams. The Court will send the link by email.


Dated: February 11, 2026
       New York, NY

                                                    _____
                                                      **RICHARD M. BERMAN**
                                                           **U.S.D.J.**