**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                                :

                            Government,                :          20 Cr. 241 (RMB)

        - against -                                      :          **ORDER**

EDUARDO VIZCAINO,                                          :

                         Defendant.               :
------------------------------------------------------------------x

      The supervised release hearing is scheduled for March 19, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 11, 2026
      New York, NY

                                         **RICHARD M. BERMAN**
                                              **U.S.D.J.**