**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

                        Government,          :         20 Cr. 241 (RMB)

                                             :

        - against -                          :         **ORDER**

                                             :

EDUARDO VIZCAINO,                            :

                                             :

                        Defendant.           :

------------------------------------------------------------x


The supervised release hearing is scheduled for April 30, 2026 at 9:00 A.M. on Microsoft

Teams. The Court will send the link by email.


Dated: April 24, 2026
New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**