**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

     :

               Government,     :     20 CR. 241 (RMB)

     :

     - against -     :     **ORDER**

     :

EDUARDO VIZCAINO,     :

     :

               Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 28, 2026 at

10:00 A.M.

The court will send the link via email.

Dated: May 21, 2026
     New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**