**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                          :

                  Government,      :        20 CR. 241 (RMB)

                                            :

        - against -            :        **ORDER**

                                          :

EDUARDO VIZCAINO,           :

                                          :

                  Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 9, 2026 at

10:00 A.M.

The court will send the link via email.

Dated: July 1, 2026
      New York, NY

                                       _RMB_

                               **RICHARD M. BERMAN**
                                  **U.S.D.J.**