**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 20 CR. 241 (RMB)

\- against - : **ORDER**

EDUARDO VIZCAINO, :

Defendant. :

----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 25, 2026 at 10:00 A.M.

The court will send the link via email.

Dated: August 20, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**