**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

EDUARDO VIZCAINO,

Defendant.

---------------------------------------------------------------x

20 CR. 241 (RMB)

**ORDER**

The supervised release hearing is scheduled for Tuesday, October 6, 2026 at 10:00 A.M.

The court will send the link via email.

Dated: October 1, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**